1 | Marc V. Kalagian
Attorney at Law: 149034
2 | Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
3 | Long Beach, CA 90802
Tel.: (562)437-7006
4 | Fax: (562)432-2935                                              JS-6
E-mail: rohlfing.kalagian@rksslaw.com
5
Attorneys for Plaintiff
6 | Fernando Sandoval

7

8 | **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
9 | **WESTERN DIVISION**

10

11

12 | FERNANDO SANDOVAL,            ) Case No.: CV 11-452-PSG (RNB)
                                 )
13 |         Plaintiff,            ) /PROPOSED/ ORDER OF
                                 ) DISMISSAL
14 |    vs.                        )
                                 )
15 | MICHAEL J. ASTRUE,            )
Commissioner of Social Security, )
16 |                              )
         Defendant.              )
17 | _____)

18
         The above captioned matter is dismissed with prejudice, each party to bear
19
its own fees, costs, and expenses.
20

21
IT IS SO ORDERED.
22
DATE:  August 9, 2011
23
                              _____
24                            THE HONORABLE ROBERT N. BLOCK
                              UNITED STATES MAGISTRATE JUDGE
25

26

-1-